# UNITED STATES DISTRICT COURT

United States District Court
Southern District of Texas
FILED

**SOUTHERN** DISTRICT OF     TEXAS     JUL - 4 2012

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.

Pedro ALVARADO
YOB: 1971
USC
Arnoldo ALVARADO
YOB: 1993
USC

## CRIMINAL COMPLAINT

Case Number: M-12-1397-M

I, Jean-Paul Reneau, the undersigned complainant state that the following is true and correct to the best of my Knowledge and belief. On or about ___July 3, 2012___ (Date) in ___Hidalgo___ County, in the ___Southern___ District of ___Texas___ Defendant(s) did,

knowingly use and carry a firearm, that is, a handgun and rifle, during and in relation to a crime of violence, to-wit: attempted murder of Special Agent Kelton Harrison, an officer an employee of the United States, for which they may be prosecuted in a court of the United States in violation of Title 18 United States Code Section 924(c)(1)(A), 924(c)(1)(A)(iii) and Title 18 United States Code Section 2.

Knowingly and intentionally by means of a deadly and dangerous weapon, that is, a handgun and rifle, forcibly assaulted, impeded, intimidated and interfered with Special Agent Kelton Harrison an officer and employee of the United States while he was engaged in or an account of the performance of his official duties in violation of Title 18 United States Code Section 111(a)(1), 111(b), and Title 18 United States Code Section 2.

in violation of Title ___18___ United States Code, Section(s) ___924(c)(1)(A), 924(c)(1)(A)(iii), 111(a)(1), 111(b).___

I further state that I am a(n) ___Special Agent___ And that this complaint is based on the
Official Title
following facts:

See Attachment "A"

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

Telephonically Approved
by AUSA on 07/04/2012.

Signature of Complainant
Jean-Paul Reneau   HSI/SA
Printed Name of Complainant

Sworn to before me and signed in my presence,

___July 4, 2012___ at ___4:09 pm___      McAllen, Texas
Date                                                                       City and State

U.S. Magistrate Judge Peter Ormsby
Name and Title of Judicial Officer                                   Signature of Judicial Officer

## Attachment "A"

On July 3, 2012, Homeland Security Investigations (HSI) special agents were conducting surveillance in anticipation of a narcotics transaction that was believed to be occurring near Hargill, TX. HSI special agent (SA) Kelton Harrison was parked in his silver vehicle near the intersection of Farm to market (FM) 493 and Cemetery Road in Hargill, TX when his vehicle was approached by another vehicle. Upon approaching SA Harrison's vehicle the second vehicle began shooting at SA Harrison.

SA Harrison proceeded North on FM 493 while being pursued by the second vehicle that continued shooting at SA Harrison. SA Harrison lost control of his vehicle at the intersection of FM 493 and FM 186. HSI special agents arrived at the scene and discovered that SA Harrison had been shot. SA Harrison was transported to a local hospital.

HSI special agents then conducted a consent search at a residence in Hargill, Texas and encountered Pedro ALVARADO and his son, Arnoldo ALVARADO as well as one (1) minor. Pedro ALVARADO and Arnoldo ALVARDO were transported to the FBI building in McAllen, Texas for further questioning.

Arnoldo ALVARADO was read his Miranda Rights and agreed to waive those rights and speak to special agents without an attorney present. Arnoldo ALVARADO stated that on the morning of July 3, 2012, he and the minor were told by his father, Pedro ALVARADO, to get the guns because a suspicious vehicle was in the area near their residence. Arnoldo ALVARADO stated that he, the minor and Pedro ALVARADO entered their vehicle. Arnoldo ALVARADO stated that Pedro ALVARDO was driving the vehicle, Arnoldo ALVARADO was in the front passenger seat and the minor was sitting in the rear passenger seat. Arnoldo ALVARADO stated that upon departing the residence he was in possession of a 9mm hand gun and the minor was carrying a .22 caliber rifle. Arnoldo ALVARADO stated that they left their residence in their vehicle and began driving west on cemetery road while their lights off, when they observe a silver vehicle parked without its lights on. At that time, Arnoldo ALVARADO stated the minor fired his .22 caliber rifle approximately six (6) times towards the silver vehicle. Arnoldo ALVARADO stated that he then fired two (2) rounds utilizing a 9mm handgun into the air, and fired numerous rounds at the silver vehicle.

SA Harrison's vehicle then preceded north bound on FM 493 while Pedro ALVARADO followed him, according to Arnoldo ALVARADO. Arnoldo ALVARADO stated that while the two (2) vehicles continued north bound on FM 493, he continued to fire his 9mm handgun at SA Harrison's vehicle.

During the consent search at the residence located in Hargill, Texas special agents encountered two (2) un-documented aliens residing at the residence. The individuals were identified as Mario Edonilson ASCENCIO-Martir and Joel Eliezar GUTIERREZ-Mendez both citizens of El Salvador and lacking status to be inside the United States. Both individuals were present at the residence prior to the shooting incident and both individuals were present at the residence upon the return of Pedro ALVARADO, Arnoldo ALVARADO, and the minor that were involved in the shooting incident.