# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### McALLEN DIVISION

United States District Cou
Southern District of Texas
FILED

JUL 1 0 2012

'· J. Bradley ·

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | M-12-MJ-1397-02 |
| | § | CASE NUMBER |
| | § | |
| v. | § | Peter E. Ormsby |
| | § | MAGISTRATE JUDGE PRESIDING |
| ARNOLDO ALVARADO | § | |
| | § | Carmel Ramirez    Ricardo Rodriguez |
| | § | Courtroom Clerk    ERO |
| | § | |
| | § | Preliminary Exam/Detention Hearing |
| | § | PROCEEDING |
| | § | |
| | § | July 10, 2012 |
| | § | DATE |

| NO. | DESCRIPTION | MARKED | OFFERED | OBJ. | ADMITTED | DATE ADM. |
|---|---|---|---|---|---|---|
| | | | | | | |
| | *DEFENDANT'S EXHIBIT* | | | | | |
| D-1 | Photograph of Deft's residence | X | X | NO | X | 7/10/2012 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

