## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. M-12-1136-1 |
| | § | |
| | § | |
| PEDRO ALVARADO | § | |

### MOTION FOR DISCOVERY OF NAME OF INFORMANT

TO THE HONORABLE JUDGE OF SAID COURT:

  PEDRO ALVARADO, Defendant in the above cause, requests the State and moves the Court to order the State to reveal the name of the alleged informant upon the grounds that said informant was in a position at the time of the alleged crime to likely possess personal knowledge of material facts calculated to be vital to a true determination of the innocence or guilt of this Defendant and denial to this Defendant of said name violates Defendant's rights to compulsory process for witnesses and to offer material testimony as to his innocence or guilt in violation of those rights guaranteed him by the Sixth Amendment and the Due Process Clause of the Fourteenth Amendment to the Constitution of the United States.

  *WHEREFORE*, Defendant prays that the Court order the attorneys for the State herein to reveal the name of the alleged informant alleged in the affidavit for search warrant herein.

         Respectfully submitted,

         /s/ Oscar Alvarez
         Oscar Alvarez
         State Bar ID 01128500
         Federal I.D. #3907
         600 S. 11th Street
         McAllen, Texas 78501
         Phone No. (956) 686-6330
         Fax No. (956) 687-9840

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion was delivered to Anibal Alanis, Assistant United States Attorney, at 1701 W. Hwy. 83, Suite 600, McAllen, Texas, anibal.alaniz@usdoj.gov on this the 10th day of August, 2012.

/s/ Oscar Alvarez
Oscar Alvarez

## **CERTIFICATE OF CONFERENCE**

I, the undersigned, hereby certify that I have conferred with the Anibal Alanis, Assistant United States Attorney, and he was unavailable.

/s/ Oscar Alvarez
Oscar Alvarez

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CRIMINAL NO. M-12-1136-1** |
| | § | |
| | § | |
| **PEDRO ALVARADO** | § | |

## ORDER

The above Motion for Discovery of Name of Informant was duly filed, presented, and heard at the time and in the manner required by law and the Court having duly considered same, finds that the same should be and is hereby GRANTED/DENIED.

*DONE* on the ___ day of _____, 2012.

_____
UNITED STATES JUDGE RANDY CRANE