**AMENDED**

U.S. Department of Justice
Washington, D.C.
07/1212/mtl

Criminal Docket

M-12-1397-M

__McALLEN__ Division     CR. No. __M-12-1136-S1__

**INDICTMENT** Filed: July 24, 2012
**SUPERSEDING INDICTMENT** Filed: December 11, 2012     Judge: __RANDY CRANE__
County: Hidalgo
Lions #: 2012R15181
                                                                    Attorneys:
UNITED STATES OF AMERICA                                            KENNETH MAGIDSON, U.S. ATTORNEY

v.                                                                  ANIBAL J. ALANIZ, ASST. U.S. ATTORNEY

PEDRO ALVARADO                        Cts. 1 - 3:     Oscar Alvarez, Apt'd, (956) 686-6330
*Custody 07/03/2012*
ARNOLDO ALVARADO                      Cts. 1 - 3:     Carlos A. Garcia, Apt'd, (956) 584-1448
*Custody 07/03/2012*
JULIO ARMANDO DAVILA - WARRANT -      Ct. 4:
RENE ~~DAVILA~~ GARCIA - WARRANT -    Ct. 4:
ARNOLDO ~~DAVILA~~ - ~~WARRANT~~ →ADAN  Ct. 4:
MIGUEL ANGEL ROMO - WARRANT -         Ct. 4:
DAVID OLIVAREZ - WARRANT -            Ct. 4:

Charge(s):   Ct. 1:   Attempt to kill an officer and employee of the United States.
                      Title 18, United States Code, Sections 1114(3), 1113, and Title 18, United States Code, Section 2.
             Ct. 2:   Assault of an officer and employee of the United States.
                      Title 18, United States Code, Sections 111(a)(1), 111(b), and Title 18, United States Code, Section 2.
             Ct. 3:   Use and carry a firearm during and in relation to a crime of violence.
                      Title 18, United States Code, Sections 924(c)(1), 924(c)(1)(A)(iii), and Title 18, United States Code, Section 2.
             Ct. 4:   Conspiracy to possess with intent to distribute more than 1,000 kilograms of a mixture or substance containing a detectable amount of marijuana.
                      Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

Total Counts (4)

Penalty:     Cts. 1 & 2:   Imprisonment of not more than 20 years and/or a $250,000.00 fine and not more than 3 yrs. SRT (as to each count)
             Ct 3:         Imprisonment of not less than 10 years and/or a $250,000.00 fine and not more than 5 yrs. SRT
             Ct. 4:        Imprisonment for 10 yrs.* to Life and/or a $10,000,000.00 fine and not more than a more than a 5 yr. SRT (*MANDATORY MINIMUM)

Agency:      Homeland Security Investigations - Jean-Paul Reneau - MC05DR12MC0004

Date                                      Proceedings