United States District Court
Southern District of Texas
FILED

DEC 11 2012

David J. Bradley, Clerk

# United States District Court
## SOUTHERN District of Texas
### McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | GRAND JURY NO.  13 |
| PEDRO ALVARADO, ET AL. | § § § | CRIMINAL NO.:  M-12-1136-S1 |

## ORDER FOR BENCH WARRANT
## AND SETTING AMOUNT OF BAIL

It appearing to the Court that an indictment has been returned against the below-named defendant, it is hereby

ORDERED that warrants be issued for the arrest of said defendant, and bail is hereby fixed in the amount(s) shown below, returnable instanter to the McAllen Division of this Court, such bail to be taken by any United States Magistrate.

| DEFENDANT(S) | AMOUNT OF BAIL |
|---|---|
| JULIO ARMANDO DAVILA | NO BOND |
| RENE GARCIA | NO BOND |
| ARNOLDO DAVILA | NO BOND |
| MIGUEL ANGEL ROMO | NO BOND |
| DAVID OLIVAREZ | NO BOND |

ENTERED at McAllen, Texas, this 11th day of December, 2012.

_____
UNITED STATES MAGISTRATE JUDGE