UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas

JAN 22 2013

David J. Bradley, Clerk

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| V. | § | |
| | § | |
| PEDRO ALVARADO | § | CRIMINAL NO. M-12-1136-S2 |
| ARNOLDO ALVARADO | § | |
| JULIO ARMANDO DAVILA | § | |
| RENE GARCIA | § | |
| ARNOLDO DAVILA | § | |
| MIGUEL ANGEL ROMO | § | |
| DAVID OLIVAREZ | § | |
| AIDA PALACIOS | § | |

### SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

#### Count One

On or about July 3, 2012, in the Southern District of Texas, and within the jurisdiction of the court, defendants,

**PEDRO ALVARADO**
and
**ARNOLDO ALVARADO**

did knowingly, intentionally, and unlawfully attempt to kill, with malice aforethought, an officer and employee of the United States, that is, Kelton L. Harrison, an agent with the United States Department of Homeland Security Investigations, while he was engaged in and on account of the performance of his official duties, by shooting him with a firearm, to-wit: a handgun and rifle.

In violation of Title 18, United States Code, Sections 1114(3), 1113, and Title 18, United States Code, Section 2.

## Count Two

On or about July 3, 2012, in the Southern District of Texas, and within the jurisdiction of the court, defendants,

**PEDRO ALVARADO**
**and**
**ARNOLDO ALVARADO**

did knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States, that is, Kelton L. Harrison, an agent with the United States Department of Homeland Security Investigations, while he was engaged in and on account of the performance of his official duties by means of a deadly and dangerous weapon, to-wit: a handgun and rifle.

In violation of Title 18, United States Code, Sections 111(a)(1), 111(b), and Title 18, United States Code, Section 2.

## Count Three

On or about July 3, 2012, in the Southern District of Texas, and within the jurisdiction of the court, defendants,

**PEDRO ALVARADO**
**and**
**ARNOLDO ALVARADO**

did knowingly and intentionally use and carry a firearm, to-wit: a handgun and rifle, during and in relation to a crime of violence, to-wit: the attempted murder and assault of an officer and employee of the United States, that is, Kelton L. Harrison, an agent with the United States Department of Homeland Security Investigations, as alleged in Counts One and Two and incorporated by reference herein, for which they may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1), 924(c)(1)(A)(iii), and Title 18, United States Code, Section 2.

### Count Four

On or about July 3, 2012, in the Southern District of Texas, and within the jurisdiction of the court, defendants,

JULIO ARMANDO DAVILA
RENE GARCIA
ARNOLDO DAVILA
MIGUEL ANGEL ROMO
DAVID OLIVAREZ
and
AIDA PALACIOS

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors to knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 1,000 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

A TRUE BILL

FOREPERSON

KENNETH MAGIDSON
UNITED STATES ATTORNEY

ASSISTANT UNITED STATES ATTOREY