U.S. Department of Justice  
Washington, D.C.  
01/15/13/mtl

Criminal Docket

M-12-1397-M

__McALLEN__ Division     CR. No. __M-12-1136-S2__

**2ⁿᵈ SUPERSEDING INDICTMENT** Filed: **January 22, 2013**    Judge: __RANDY CRANE__
**1ˢᵗ SUPERSEDING INDICTMENT** Filed: **December 11, 2012**
**INDICTMENT** Filed: **July 24, 2012**

County: Hidalgo
Lions #: 2012R15181

UNITED STATES OF AMERICA

Attorneys:
KENNETH MAGIDSON, U.S. ATTORNEY

v.

ANIBAL J. ALANIZ, ASST. U.S. ATTORNEY

| Defendant | Counts | Attorney |
|---|---|---|
| PEDRO ALVARADO<br>*Custody 07/03/2012* | Cts. 1 - 3: | Oscar Alvarez, Apt'd, (956) 686-6330 |
| ARNOLDO ALVARADO<br>*Custody 07/03/2012* | Cts. 1 - 3: | Carlos A. Garcia, Apt'd, (956) 584-1448 |
| JULIO ARMANDO DAVILA<br>*Custody 12/18/2012* | Ct. 4: | Francisco J. Rodriguez, Ret'd, (956) 687-4363 |
| RENE GARCIA - **WARRANT** - | Ct. 4: | |
| ARNOLDO ADAN DAVILA<br>*Custody 01/04/2013* | Ct. 4: | Marco A. De Luna, Ret'd, (956) 371-8933 |
| MIGUEL ANGEL ROMO<br>*Custody 12/14/2012* | Ct. 4: | Juan E. Gonzalez, Apt'd, (956) 447-5585 |
| DAVID OLIVAREZ<br>*Custody 01/03/2013* | Ct. 4: | Lily A. Gutierrez, Apt'd, (956) 994-0987 |
| AIDA PALACIOS - **WARRANT** - | Ct. 4: | |

Charge(s):

Ct. 1: Attempt to kill an officer and employee of the United States.
Title 18, United States Code, Sections 1114(3), 1113, and Title 18, United States Code, Section 2.

Ct. 2: Assault of an officer and employee of the United States.
Title 18, United States Code, Sections 111(a)(1), 111(b), and Title 18, United States Code, Section 2.

Ct. 3: Use and carry a firearm during and in relation to a crime of violence.
Title 18, United States Code, Sections 924(c)(1), 924(c)(1)(A)(iii), and Title 18, United States Code, Section 2.

Ct. 4: Conspiracy to possess with intent to distribute more than 1,000 kilograms of a mixture or substance containing a detectable amount of marijuana.
Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

Total Counts (4)

Penalty:

Cts. 1 & 2: Imprisonment of not more than 20 years and/or a $250,000.00 fine and not more than 3 yrs. SRT (as to each count)

Ct 3: Imprisonment of not less than 10 years and/or a $250,000.00 fine and not more than 5 yrs. SRT

Ct. 4: Imprisonment for 10 yrs.* to Life and/or a $10,000,000.00 fine and not more than a more than a 5 yr. SRT (*MANDATORY MINIMUM)

Agency: <u>Homeland Security Investigations - Jean-Paul Reneau - MC05DR12MC0004</u>

Date                               <u>Proceedings</u>