UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MC ALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO:  7:12-CR-1136-6 |
| | ) | |
| Plaintiff, | ) | CRIMINAL |
| | ) | |
| vs. | ) | McAllen, Texas |
| | ) | |
| MIGUEL ANGEL ROMO, | ) | Tuesday, December 18, 2012 |
| | ) | |
| Defendant. | ) | (9:26 a.m. to 9:29 a.m.) |

ARRAIGNMENT AND DETENTION HEARING

BEFORE THE HONORABLE DORINA RAMOS,
UNITED STATES MAGISTRATE JUDGE

Appearances:                See next page

Court Interpreter:          Maria Enriqueta Foraker (Not used)

Court Recorder:             Karen Lopez

Transcribed By:             Exceptional Reporting Services, Inc.
                            P.O. Box 18668
                            Corpus Christi, Texas 78480-8668
                            361 949-2988

**THIS TRANSCRIPT HAS BEEN FURNISHED AT PUBLIC EXPENSE UNDER THE CRIMINAL JUSTICE ACT AND MAY BE USED ONLY AS AUTHORIZED BY COURT ORDER. UNAUTHORIZED REPRODUCTION WILL RESULT IN AN ASSESSMENT AGAINST COUNSEL FOR THE COST OF AN ORIGINAL AND ONE COPY AT THE OFFICIAL RATE.**
General Order 94-15, United States District Court,
Southern District of Texas.

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

**APPEARANCES FOR:**

Plaintiff:                JASON HONEYCUTT, ESQ.
                          Assistant United States Attorney
                          1701 W. Business Hwy. 83
                          Suite 600
                          McAllen, Texas 78501

Defendant:                JUAN E. GONZALEZ, ESQ.
                          3110 E. Business Hwy. 83
                          Weslaco, Texas 78596

1       **McAllen, Texas; Tuesday, December 18, 2012; 9:26 a.m.**

2                          **(Call to Order)**

3            **THE COURT:** Let me call for arraignment and

4   detention.  This is M-12-1136, Miguel Angel Romo.

5            **MR. HONEYCUTT:** The United States present and ready.

6            **MR. GONZALEZ:** Juan Gonzalez for Mr. Romo, present

7   and ready.

8            **THE COURT:** Okay.  Have you gone over the indictment

9   with him?

10           **MR. GONZALEZ:** Yes, I have, your Honor.

11           **THE COURT:** All right.  And do you have any doubt as

12  to his competency to stand trial?

13           **MR. GONZALEZ:** I do not.

14           **THE COURT:** Do you anticipate he'll waive the reading

15  of the indictment and enter a plea of not guilty?

16           **MR. GONZALEZ:** That's correct, Judge.

17           **THE COURT:** Very well.  Mr. Romo, I need to ask you

18  some questions so I need to place you under oath.  Raise your

19  right hand please.

20       **(Defendant sworn)**

21           **THE COURT:** All right.  You may put your hand down,

22  sir.  Your true name is Miguel Angel Romo?

23           **THE DEFENDANT:** Yes.

24           **THE COURT:** And, sir, have you ever been in a mental

25  hospital?

1    **THE DEFENDANT:** No.

2    **THE COURT:** Have you ever been treated for a mental

3 illness, alcohol or drug addiction?

4    **THE DEFENDANT:** No.

5    **THE COURT:** Are you now under the influence of any

6 drug, alcohol or medication?

7    **THE DEFENDANT:** No.

8    **THE COURT:** And you did review the indictment with

9 your attorney?

10    **THE DEFENDANT:** Yes, ma'am.

11    **THE COURT:** Do you understand what it is that you're

12 charged with?

13    **THE DEFENDANT:** Yes.

14    **THE COURT:** Would you like the indictment read to you

15 or do you waive the reading?

16    **THE DEFENDANT:** Waive it.

17    **THE COURT:** You do understand this indictment charges

18 you with conspiracy to possess or the intent of distributing

19 more than 1,000 kilograms of marijuana; and if found guilty of

20 this charge, you're facing a minimum of 10 years in prison with

21 up to a maximum of life in prison and a fine not to exceed $10

22 million?

23    **THE DEFENDANT:** Yes.

24    **THE COURT:** Do you understand the nature of the

25 charge and the penalty you're facing?

1    **THE DEFENDANT:** Yes, ma'am.

2    **THE COURT:** What is your plea to this charge, sir?
3    Guilty or not guilty?

4    **THE DEFENDANT:** Not guilty.

5    **THE COURT:** I will enter your plea of not guilty and
6    make a finding you're competent to stand trial. As to the
7    issue of detention, the Court takes judicial notice of the
8    pretrial services report. What is the Government's
9    recommendation?

10   **MR. HONEYCUTT:** Your Honor, detention, especially in
11   light of the fact that he's currently on federal supervised
12   release already with a motion to revoke pending, I believe he's
13   pled true to those allegations.

14   **MR. GONZALEZ:** Judge, at this time we are waiving the
15   detention hearing. I have discussed this with my client. I've
16   explained the situation and he's knowingly making a waiver of
17   the detention hearing.

18   **THE COURT:** Very well. And the Court does note the
19   nature of this offense, the quantity of marijuana involved.
20   Court notes you are a U.S. citizen. The Court also takes into
21   account your previous criminal history -- extensive criminal
22   history -- and will find that there are no conditions or
23   combination of conditions that will secure your appearance at
24   future court proceedings, and you are remanded to the custody
25   of the marshals. Thank you.

6

(This proceeding was adjourned at 9:29 a.m.)

## CERTIFICATION

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

_____                          March 28, 2013
        Signed                                               Dated

*TONI HUDSON, TRANSCRIBER*