UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MC ALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO:  7:12-CR-1136-5 |
| | ) | |
| Plaintiff, | ) | CRIMINAL |
| | ) | |
| vs. | ) | McAllen, Texas |
| | ) | |
| ARNOLDO ADAN DAVILA, | ) | Thursday, January 10, 2013 |
| | ) | |
| Defendant. | ) | (11:38 a.m. to 11:42 a.m.) |

ARRAIGNMENT AND DETENTION HEARING

BEFORE THE HONORABLE DORINA RAMOS,
UNITED STATES MAGISTRATE JUDGE

Appearances:            See next page

Interpreter:            Woody Lewis

Court Recorder:         Lynette Slayton

Transcribed By:         Exceptional Reporting Services, Inc.
                        P.O. Box 18668
                        Corpus Christi, Texas 78480-8668
                        361 949-2988

**THIS TRANSCRIPT HAS BEEN FURNISHED AT PUBLIC
EXPENSE UNDER THE CRIMINAL JUSTICE ACT AND MAY
BE USED ONLY AS AUTHORIZED BY COURT ORDER.
UNAUTHORIZED REPRODUCTION WILL RESULT IN AN
ASSESSMENT AGAINST COUNSEL FOR THE COST OF AN
ORIGINAL AND ONE COPY AT THE OFFICIAL RATE.
General Order 94-15, United States District Court,
Southern District of Texas.**

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

**APPEARANCES FOR:**

Plaintiff:                    TERRY LEONARD, ESQ.
                              Assistant United States Attorney
                              1701 W. Business Hwy. 83
                              Suite 600
                              McAllen, Texas 78501

Defendant:                    MARCO A. DE LUNA, ESQ.
                              P.O. Box 6225
                              McAllen, Texas 78502

1 **McAllen, Texas; Thursday, January 10, 2013; 11:38 a.m.**

2 **(Call to Order)**

3 **MR. SPEAKER:** I apologize.

4 **THE COURT:** No problem. Let me call for arraignment
5 and detention, Arnoldo Davila?

6 **MR. DE LUNA:** Marco De Luna for Mr. Davila.

7 **MR. LEONARD:** The Government is present and ready,
8 your Honor.

9 **THE COURT:** Okay. Let me go ahead and arraign you.
10 Have you talked to your client?

11 **MR. DE LUNA:** I have, yes. Yes, your Honor.

12 **THE COURT:** Okay. Okay. Mr. Davila, I need to ask
13 you some questions. I need to place you under oath. Raise
14 your right hand, please.

15 **(Defendant Sworn)**

16 **THE COURT:** Out loud.

17 **THE DEFENDANT:** Yes, ma'am.

18 **THE COURT:** All right. You may put your hand down.
19 Your true name, sir, is Arnoldo Adan Davila?

20 **THE DEFENDANT:** Yes, ma'am.

21 **THE COURT:** And sir, have you ever been in a mental
22 hospital?

23 **THE DEFENDANT:** No, ma'am.

24 **THE COURT:** Have you ever been treated for a mental
25 illness, alcohol, or drug addiction?

1       **THE DEFENDANT:**  No, ma'am.

2       **THE COURT:**  Are you now under the influence of any
3  drug, alcohol, or medication?

4       **THE DEFENDANT:**  No, ma'am.

5       **THE COURT:**  Have you reviewed the Indictment with
6  your attorney?  Have you reviewed the charge --

7       **THE DEFENDANT:**  Yes.

8       **THE COURT:**  -- in the Indictment with your attorney?

9       **THE DEFENDANT:**  Yes, ma'am.

10      **THE COURT:**  Do you understand what it is that you are
11 charged with?

12      **THE DEFENDANT:**  Yes, ma'am.

13      **THE COURT:**  Would you like the Indictment read to you
14 or do you waive the reading?

15      **THE DEFENDANT:**  I waive it.

16      **THE COURT:**  Did you understand this Indictment
17 charges you in Count Four with conspiracy to possess with the
18 intent to distribute more than 1,000 kilograms of marijuana and
19 if found guilty of this charge, you are facing a minimum of ten
20 years imprisonment up to a maximum of life imprisonment, and a
21 fine not to exceed $10 million?  Do you understand the nature
22 of the charge and the penalty you are facing?

23      **THE DEFENDANT:**  Yes, ma'am.

24      **THE COURT:**  What is your plea to this charge, sir,
25 guilty or not guilty?

1     **THE DEFENDANT:** Not guilty.

2     **THE COURT:** I will enter your plea of not guilty and
3 make a finding you are competent to stand trial. Your attorney
4 will receive a Scheduling Order and at this time, I take
5 judicial notice of the Pretrial Services Report. What is the
6 Government's recommendation?

7     **MR. LEONARD:** The Government's recommendation is no
8 bond, your Honor. And I would also add to the Pretrial
9 Services Report, it's stated in there that back on the prior
10 record where he attempted to kill a border patrol officer --

11     **THE COURT:** Okay.

12     **MR. LEONARD:** -- that occurred -- he was tried back
13 on December 7th of 1990. I know because I'm the one who tried
14 him.

15     **THE COURT:** Uh-huh.

16     **MR. LEONARD:** He was found guilty. Bobby Flores
17 (phonetic) represented him and he was found guilty of attempted
18 murder of a fellow officer back then.

19     **THE COURT:** Okay.

20     **MR. LEONARD:** That just to add to the -- that
21 information the Court has.

22     **THE COURT:** All right.

23     **MR. LEONARD:** And yes, he's a danger to the
24 community. We request no bond.

25     **THE COURT:** Do you have any -- anything to present?

1  **MR. DE LUNA:** No, your Honor.  I've spoken to Mr.
2  Davila about that.  We understand the -- nature of it.
3  **THE COURT:** All right.  Then the Court does note the
4  nature of this offense, the quantity of marijuana involved, and
5  although you are a U.S. citizen with strong family, social, and
6  some economic ties -- strong economic ties in the area in which
7  you reside.  The Court also takes into consideration your
8  previous criminal history and will -- your -- and your ties to
9  Mexico and will find that there are no conditions or
10 combination of conditions that will secure your appearance at
11 future Court proceedings.  And at this time, you are remanded
12 to the custody of the Marshal.
13 **(This proceeding was adjourned at 11:42 a.m.)**

**CERTIFICATION**

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

_____                    March 28, 2013
              Signed                                     Dated


*TONI HUDSON, TRANSCRIBER*