UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MC ALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: 7:12-CR-1136-7 |
| | ) | |
| Plaintiff, | ) | CRIMINAL |
| | ) | |
| vs. | ) | McAllen, Texas |
| | ) | |
| DAVID OLIVAREZ, | ) | Tuesday, January 8, 2013 |
| | ) | |
| Defendant. | ) | (11:27 a.m. to 11:30 a.m.) |

ARRAIGNMENT AND DETENTION HEARING

BEFORE THE HONORABLE DORINA RAMOS,
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| **Appearances:** | See next page |
| Court Recorder: | Lynette Slayton |
| Transcribed By: | Exceptional Reporting Services, Inc.<br>P.O. Box 18668<br>Corpus Christi, Texas 78480-8668<br>361 949-2988 |

**THIS TRANSCRIPT HAS BEEN FURNISHED AT PUBLIC EXPENSE UNDER THE CRIMINAL JUSTICE ACT AND MAY BE USED ONLY AS AUTHORIZED BY COURT ORDER. UNAUTHORIZED REPRODUCTION WILL RESULT IN AN ASSESSMENT AGAINST COUNSEL FOR THE COST OF AN ORIGINAL AND ONE COPY AT THE OFFICIAL RATE.
General Order 94-15, United States District Court,
Southern District of Texas.**

Proceedings recorded by electronic sound recording; transcript produced by transcription service.

**APPEARANCES FOR:**

Plaintiff:  ANIBAL ALANIZ, ESQ.
 Assistant United States Attorney
 1701 W. Business Hwy. 83
 Suite 600
 McAllen, Texas 78501

Defendant:  LILLY A. GUTIERREZ, ESQ.
 4901 S. Jackson Rd.
 Edinburg, Texas 78539

1            **McAllen, Texas; Tuesday, January 8, 2013; 11:27 a.m.**

2                              **(Call to Order)**

3            **THE COURT:**  Let me call for remand and detention,

4    M-12-1136-S1, David Olivarez.

5            **MR. ALANIZ:**  The Government is present and ready,

6    your Honor.

7            **MS. GUTIERREZ:**  Lilly Gutierrez on behalf of

8    Defendant, David Olivarez.  He is present and ready and does

9    not need the services of an interpreter.  I do have an

10   announcement for the Court.

11           **THE COURT:**  Okay.

12           **MS. GUTIERREZ:**  I have reviewed the Superseding

13   Indictment for Mr. Olivarez.  And he understands the nature of

14   the charge against him and he -- we've gone over the punishment

15   range.  I believe he is competent and he will be entering a

16   plea of not guilty.

17           **THE COURT:**  Very well.  And Mr. Olivarez, I need to

18   ask you some questions.  I need to place you under oath.  Raise

19   your right hand, please.

20       **(Defendant Sworn)**

21           **THE COURT:**  And put your hand down.  Sir, your true

22   name is David Olivarez?

23           **THE DEFENDANT:**  Yes, ma'am.

24           **THE COURT:**  And sir, have you ever been in a mental

25   hospital?

1     **THE DEFENDANT:**  No, ma'am.

2     **THE COURT:**  Have you ever been treated for a mental

3  illness, alcohol, or drug addiction?

4     **THE DEFENDANT:**  No, ma'am.

5     **THE COURT:**  Are you now under the influence of any

6  drug, alcohol, or medication?

7     **THE DEFENDANT:**  No, ma'am.

8     **THE COURT:**  And you did review the Indictment with

9  your attorney?

10    **THE DEFENDANT:**  Yes, ma'am.

11    **THE COURT:**  Do you understand what it is that you are

12 charged with?

13    **THE DEFENDANT:**  Yes, ma'am.

14    **THE COURT:**  Would you like the Indictment read or do

15 you waive the reading?

16    **THE DEFENDANT:**  I waive it.

17    **THE COURT:**  You do understand this Indictment charges

18 you in Count Four with conspiracy to possess with the intent to

19 distribute more than 1,000 kilograms of marijuana and if found

20 guilty of this charge, you are facing a minimum of ten years

21 imprisonment up to a maximum of life imprisonment, and a fine

22 not to exceed $10 million.  Do you understand the nature of the

23 charge and the penalty you are facing?

24    **THE DEFENDANT:**  Yes, ma'am.

25    **THE COURT:**  What is your plea to this charge, sir,

1 guilty or not guilty?

2 **THE DEFENDANT:** Not guilty.

3 **THE COURT:** I will enter your plea of not guilty and make a finding you're competent to stand trial. I advise you and your attorney Final Pretrial is set for February the 1st at 9:00 a.m. before -- the Grand Jury selection is set for February the 5th at 9:30, defense motions are due by January the 14th. The Government's response is due by January the 25th and the deadline for motions for continuance for both sides is January the 18th.

As to the issue of detention, the Court takes judicial notice of the Pretrial Services Report. What is the Government's recommendation?

**MR. ALANIZ:** We're recommending detention, your Honor.

**THE COURT:** Okay. Do you have --

**MS. GUTIERREZ:** Your Honor, Mr. Olivarez understands that because he on State probation, that there is -- that they will be filing a Motion to Revoke. However, we just do want the Court to consider the fact that he is a United States citizen, he is married -- he's married to a United States citizen although they are separated at this time. He has two children that are United States citizens. All his ties are within the Rio Grande Valley. And he self-surrendered, your Honor. So we would just ask the Court to take that into

1  consideration.

2          **THE COURT:** All right. All right. The Court does

3  note the nature of this offense, the quantity of marijuana

4  involved in the conspiracy. The Court does also note you are a

5  35 year old United States citizen with strong family, social

6  ties and some economic ties in the area in which you reside.

7          The Court does also take into consideration your

8  previous criminal history, your pending State revocation. I

9  will find that at this time that there are no conditions or a

10 combination of conditions that will secure your appearance at

11 future Court proceedings. And at this time, you are remanded

12 to the custody of the Marshal.

13         **MS. GUTIERREZ:** Your Honor, Mr. Olivarez would like

14 to reserve his right to reopen this hearing if, in the future,

15 some additional information arises.

16         **THE COURT:** Absolutely.

17         **MS. GUTIERREZ:** Thank you, your Honor.

18         **THE COURT:** Uh-huh.

19    **(This proceeding was adjourned at 11:30 a.m.)**

20

21

22

23

24

25

7

## CERTIFICATION

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

_____     March 28, 2013
         Signed                            Dated


*TONI HUDSON, TRANSCRIBER*

EXCEPTIONAL REPORTING SERVICES, INC