UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 7:12-CR-1136-1 & 2 |
| | § | |
| PEDRO ALVARADO and | § | |
| ARNOLDO ALVARADO | § | |

### ORDER SETTING STATUS CONFERENCE

IT IS HEREBY ORDERED that this matter is set for status conference on April 8, 2013, at **1:**30 p.m**.** before the Honorable Randy Crane, United States District Court, in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas.

The Clerk shall send a copy of this Order to all counsel of record.

SO ORDERED this 5th day of April, 2013, at McAllen, Texas.

_____
Randy Crane
United States District Judge