IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 7:12-CR-01136-4 |
| | § | |
| RENE GARCIA | § | |

## STATEMENT OF ACCEPTANCE OF RESPONSIBILITY

Now comes, **RENE GARCIA,** Defendant in the above entitled and numbered cause and renders this his Statement of Acceptance of Responsibility:

I have read the indictment in the above referenced case. I have pled guilty to count four (4) of the Third Superseding Indictment and the facts contained therein are true and correct.

I accept full responsibility for my actions and am truly sorry for the trouble I have caused the government, my family and myself. I regret very deeply my involvement and violating the law.

*/s/ Rene Garcia w/ permission*
**RENE GARCIA**
Defendant