**UNITED STATES OF AMERICA**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CASE NO. 7:12-CR-01136-1** |
| | § | |
| | § | |
| **PEDRO ALVARADO** | § | |

## MOTION TO EXCUSE COUNSEL FROM ATTENDING
## PRE-TRIAL CONFERENCE

TO THE HONORABLE U.S. DISTRICT JUDGE:

Now Comes, OSCAR ALVAREZ, Attorney, on behalf of the Defendant PEDRO ALVARADO, and files this his motion to be excused from Court Setting and with good cause shows the court the following.

### I.

This case is set for a Pre-Trial Conference Hearing on January 3rd, 2014 at 9:00 a.m. Undersigned Counsel will be on vacation and cannot attend this Pre-Trial Setting.

### II

Undersigned Counsel has no pending Pre-Trial Motions and defers to the Court and other counsel to set Jury Selection and Trial Dates.

This Motion is not made for the purposes of delay, but only so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that his Motion be granted and that undersigned counsel and the defendant be excused from attending the hearing of January 3rd, 2014.

Respectfully submitted,

/s/ Oscar Alvarez_____
Oscar Alvarez
Federal I.D. #3907
600 S. 11th Street
McAllen, Texas  78501
(956) 686-6330
Fax No. (956) 687-9840
Attorney for Defendant

Certificate of Service

This is to certify that the above and foregoing motion has been electronically mailed

to all counsel of record.

**/s/ Oscar Alvarez**
Oscar Alvarez

Certificate of Consultation

This is to certify that I the undersigned contacted the following attorneys of

record on this 26th of  December, 2013, regarding the foregoing motion , for the attorneys

who were not available there was no response to my e-mail or to my messages left on the

phone or at office, and:

**Anibal J. Alaniz**
**Assistant U.S. Attorney**

**Adolfo Al Alvarez**
**Attorney for Rene Garcia**

**Marco A. De Luna**
**Attorney for Arnoldo Davila**

**Carlos Andres Garcia**
**Attorney for Arnoldo Alvarado**

**Juan E. Gonzalez**
**Attorney for Miguel Angel Romo**

**Noe L. Perez**
**Attorney for David Olivarez**


**Ralph R. Martinez**
**Attorney for Aida Palacios**


**Francisco Javier Rodriquez**
**Attorney for Julio Armando Davila**


                                    */s/ Oscar Alvarez*
                                     Oscar Alvarez

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION


UNITED STATES OF AMERICA          §
                                  §
                                  §          CRIMINAL NO. 7:12-CR-1136-1
VS.                               §
                                  §
                                  §
PEDRO ALVARADO                    §

## ORDER

Be it remembered that on the _____ day of December 2013, came on to be heard Defendants' Motion to Excused Counsel from attending Pre-Trial Conference and the Court having considered the same finds that said Motion is good and should be *GRANTED*.

*IT IS THEREFORE ORDERED, ADJUDGED AND DECREED* that the Oscar Alvarez and Defendant, Pedro Alvarado are excused from the December 26, 2013, setting.

*DONE* on this the _____ day of December, 2013, McAllen, Texas.


_____
**United States District Judge**