UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:12-CR-1136-6 |
| | § | |
| MIGUEL ANGEL ROMO | § | |

### ORDER GRANTING UNOPPOSED CONTINUANCE

Came on to be considered Defendant Romo's Motion for Continuance which was unopposed by the Government, and the Court, after considering same, finds that the failure to grant the Defendant's Motion for Continuance would likely make a continuation of this proceeding impossible or result in a miscarriage of justice and, consequently, finds that the ends of justice served by granting such continuance outweigh the best interest of the public and the defendant in a speedy trial.

It is, therefore, **ORDERED**, **ADJUDGED**, and **DECREED** that the unopposed Motion for Continuance of Defendant Romo is hereby **GRANTED,** and this case is continued for the reasons stated above.

It is further **ORDERED** that the Final Pretrial (previously set for January 3, 2014) in this case is hereby reset for January 31, 2014, at 9:00 a.m. and Jury Selection is hereby reset for February 4, 2014, at 9:30 a.m. in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, McAllen, Texas.

SO ORDERED this 27th day of December, 2013, at McAllen, Texas.

_____
Randy Crane
United States District Judge