UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:12-CR-1136-1 |
| | § | |
| PEDRO ALVARADO | § | |

## ORDER

Came on to be heard Defendant Pedro Alvarado's Motion to Excuse Counsel from attending Pre-Trial Conference [Doc. No. 321], and the Court having considered the same finds that said Motion is good and should be *GRANTED*.

*IT IS THEREFORE ORDERED, ADJUDGED AND DECREED* that the Oscar Alvarez and Defendant, Pedro Alvarado are excused from the January 3, 2014, setting. By separate order, this case will be reset for the February docket.

SO ORDERED this 2nd day of January, 2014, at McAllen, Texas.

_____
Randy Crane
United States District Judge