UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 7:12-CR-1136-3, 4, 5, 7& 8 |
| | § | |
| JULIO ARMANDO DAVILA, | § | |
| RENE GARCIA, | § | |
| ARNOLDO DAVILA, | § | |
| DAVID OLIVAREZ, and | | |
| AIDA PALACIOS | | |

### ORDER RESETTING SENTENCING

IT IS HEREBY ORDERED that this matter (previously set for February 20, 2014) is hereby reset for sentencing on April 29, 2014, at 2:00 p.m. in the 9th Floor Courtroom, United States District Court, 1701 W. Business Highway 83, McAllen, Texas.

SO ORDERED this 19th day of February, 2014, at McAllen, Texas.

_____
Randy Crane
United States District Judge