UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | |
| § | Criminal No. M-12-1136 |
| PEDRO ALVARADO § | |
| ARNOLDO ALVARADO § | |

**GOVERNMENT'S NOTICE OF ITS INTENT TO INTRODUCE
EVIDENCE OF OTHER CRIMES, WRONGS, OR ACTS
(FEDERAL RULE OF EVIDENCE 404(b))**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America (hereinafter referred to as the "Government"), by and through Kenneth Magidson, United States Attorney, and Anibal J. Alaniz, Assistant United States Attorney, and files this Notice of its Intent to Introduce Evidence of Other Crimes, Wrongs, or Acts pursuant to Federal Rule of Evidence 404(b) in its case-in-chief, specifically as proof of motive, opportunity, intent, preparation, plan, knowledge, identity, and absence of mistake or accident.

I.

The Government will seek to introduce the following evidence during its case-in-chief:

That on or about July 3, 2012, Pedro Alvarado and Arnoldo Alvarado were in possession and storing marijuana at their residence located in Hargill, Texas.

II.

The Government will not raise this matter at trial in the presence of the jury without first advising the Court and defense counsel outside the presence of the jury.

1

WHEREFORE, PREMISES CONSIDERED, the Government hereby notices the Court and the defendant of its intention to introduce evidence of other crimes, wrongs or acts against defendant pursuant to Rule 404(b) of the Federal Rules of Evidence.

> Respectfully submitted,
>
> KENNETH MAGIDSON
> United States Attorney
>
> */s/ Anibal J. Alaniz*
> Anibal J. Alaniz
> Assistant United States Attorney
> Texas Bar No. 00966600
> Federal I.D. No. 12590
> 1701 W. Business Highway 83
> Suite 600
> McAllen, Texas 78501

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Government's Notice of its Intent to Introduce Evidence of Other Crimes, Wrongs, or Acts was on this 27th day of February, 2014 filed by ECF and sent to:

> Oscar Alvarez
> Attorney at Law
> 600 S. 11th St.
> McAllen, Texas 78501
>
> and
>
> Carlos A. Garcia
> Attorney at Law
> 1305 E. Griffin Pkwy
> Mission, Texas 78572
>
> */s/ Anibal J. Alaniz*
> Anibal J. Alaniz
> Assistant United States Attorney