**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

**CRIMINAL NO.     7:12-cr-1136-2**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | **Judge  RANDY CRANE** |
| | § | |
| | § | **Courtroom Deputy** _____ |
| | § | |
| | § | **Court Reporter/Recorded** _____ |
| **v.** | § | |
| | § | **Proceeding:** _____ |
| | § | |
| | § | **Date:** _____ |
| | § | |
| | § | **Exhibit List of:** **DEFENDANT** |
| | § | |
| **ARNOLDO ALVARADO** | § | **Attorney:**  **Carlos A. Garcia** |

| Exhibit No. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 1 | Photo DEF.'S TRUCK | | | | | |
| 2 | Photo DEF.'S TRUCK | | | | | |
| 3 | Photo DEF.'S TRUCK | | | | | |
| 4 | Photo DEF.'S TRUCK | | | | | |
| 5 | Photo NIGHT SCOPE | | | | | |
| 6 | Photo DEF.'S HOUSE | | | | | |
| 7 | Photo DEF.'S PROPERTY | | | | | |
| 8 | Photo DEF.'S VEHICLES | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **9** | **Photo**<br>**DEF.'S VEHICLES** | | | | | |
| **10** | **Photo**<br>**DEF.'S PROPERTY** | | | | | |
| **11** | **Photo**<br>**DEF.'S ENTRY GATE** | | | | | |
| **12** | **Photo**<br>**DEF.'S ENTRY GATE** | | | | | |
| **13** | **Photo**<br>**DEF.'S VEHICLES** | | | | | |
| **14** | **Photo**<br>**DEF.'S ENTRY GATE** | | | | | |
| **15** | **Photo**<br>**DEF.'S ENTRY GATE** | | | | | |
| **16** | **Photo**<br>**DEF.'S VEHICLES** | | | | | |
| **17** | **Photo**<br>**DEF.'S TRUCK INTERIOR** | | | | | |
| **18** | **Photo**<br>**NIGHT SCOPE** | | | | | |
| **19** | **Photo**<br>**DEF.'S TRUCK** | | | | | |
| **20** | **Photo**<br>**DEF.'S TRUCK** | | | | | |
| **21** | **Photo**<br>**DEF.'S SUV** | | | | | |
| **22** | **Photo**<br>**DEF.'S SUV** | | | | | |
| **23** | **Photo**<br>**DEF.'S SUV** | | | | | |
| **24** | **Photo**<br>**DEF.'S GOLF CART** | | | | | |
| **25** | **Photo**<br>**DEF.'S VEHICLES** | | | | | |
| **26** | **Photo**<br>**DEF.'S PROPERTY** | | | | | |
| **27** | **Photo**<br>**DEF.'S ENTRY GATE** | | | | | |
| **28** | **Photo**<br>**DEF.'S ENTRY GATE** | | | | | |
| **29** | **Photo**<br>**F250 TRUCK** | | | | | |
| **30** | **Photo**<br>**F250 TRUCK** | | | | | |

| 31 | Photo DEF.'S TRUCK INTERIOR | | | | | |
|----|------------------------------|--|--|--|--|--|
| 32 | Photo DEF.'S TRUCK | | | | | |
| 33 | Photo RANCH | | | | | |
| 34 | Photo HOUSE | | | | | |
| 35 | Photo HOUSE | | | | | |
| 36 | Photo BLACK TRUCK | | | | | |
| 37 | Photo BLACK BAG | | | | | |
| 38 | Photo CELL PHONE | | | | | |
| 39 | Photo BLACK TRUCK | | | | | |
| 40 | Photo BLACK TRUCK | | | | | |
| 41 | Photo BLACK TRUCK | | | | | |
| 42 | Photo VIN # | | | | | |
| 43 | Photo ORANGE CAR | | | | | |
| 44 | Photo ORANGE CAR | | | | | |
| 45 | Photo VIN # | | | | | |
| 46 | Photo FIREARMS | | | | | |
| 47 | Photo FIREARMS | | | | | |
| 48 | Photo FIREARMS | | | | | |
| 49 | Photo FIREARMS | | | | | |
| 50 | Photo FIREARMS | | | | | |
| 51 | Photo FIREARMS | | | | | |
| 52 | Photo FIREARMS | | | | | |

| 53 | Photo<br>FIREARMS | | | | | |
|----|-------------------|--|--|--|--|--|
| 54 | Photo<br>FIREARMS | | | | | |
| 55 | Photo<br>.22 ROUND | | | | | |
| 56 | Photo<br>.22 ROUND | | | | | |
| 57 | Photo<br>BEDROOM | | | | | |
| 58 | Photo<br>WALL | | | | | |
| 59 | Photo<br>BEDROOM | | | | | |
| 60 | Photo<br>WALL | | | | | |
| 61 | Photo<br>WALL | | | | | |
| 62 | Photo<br>BATHROOM | | | | | |
| 63 | Photo<br>CLOSET | | | | | |
| 64 | Photo<br>LIVING ROOM | | | | | |
| 65 | Photo<br>BATHROOM WALL | | | | | |
| 66 | Photo<br>KITCHEN | | | | | |
| 67 | Photo<br>BEDROOM | | | | | |
| 68 | Photo<br>BEDROOM | | | | | |
| 69 | Photo<br>BATHROOM | | | | | |
| 70 | Photo<br>EVIDENCE SHEET | | | | | |
| 71 | Photo<br>FRONT DOOR | | | | | |
| 72 | Photo<br>RED CAR | | | | | |
| 73 | Photo<br>BLACK ATV | | | | | |
| 74 | Photo<br>WEIGHT ROOM | | | | | |

| 75 | Photo<br>KITCHEN | | | | | |
|----|------------------|--|--|--|--|--|
| 76 | Photo<br>BEDROOM | | | | | |
| 78 | Photo<br>BEDROOM | | | | | |
| 79 | Photo<br>LAUNDRY ROOM | | | | | |
| 80 | Photo<br>BEDROOM | | | | | |
| 81 | Photo<br>DINING AREA | | | | | |
| 82 | Photo<br>DINING AREA | | | | | |
| 83 | Photo<br>FRONT DOOR | | | | | |
| 84 | Photo<br>RV TRAILER | | | | | |
| 85 | Photo<br>RV TRAILER | | | | | |
| 86 | Photo<br>F250 TRUCK | | | | | |
| 87 | Photo<br>HOUSE PORCH | | | | | |
| 88 | Photo<br>FRONT DOOR | | | | | |
| 89 | Photo<br>RELIGIOUS STATUE | | | | | |
| 90 | Photo<br>BEDROOM | | | | | |
| 91 | Photo<br>BEDROOM | | | | | |
| 92 | Photo<br>LAUNDRY ROOM | | | | | |
| 93 | Photo<br>BEDROOM | | | | | |
| 94 | Photo<br>BEDROOM | | | | | |
| 95 | Photo<br>BEDROOM | | | | | |
| 96 | Photo<br>BATHROOM | | | | | |
| 97 | Photo<br>CLOSET | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 98 | Photo<br>LIVING ROOM | | | | | |
| 99 | Photo<br>BATHROOM | | | | | |
| 100 | Photo<br>KITCHEN | | | | | |
| 101 | Photo<br>SUPPLY ROOM | | | | | |
| 102 | Photo<br>DINING AREA | | | | | |
| 103 | Photo<br>BEDROOM | | | | | |
| 104 | Photo<br>BATHROOM | | | | | |
| 105 | Photo<br>GUN MAGAZINE | | | | | |
| 106 | Photo<br>GUN MAGAZINE | | | | | |
| 107 | Photo<br>GUN AMMO | | | | | |
| 108 | Photo<br>WHITE BAG | | | | | |
| 109 | Photo<br>GREY COVER | | | | | |
| 110 | Photo<br>GUN AMMO | | | | | |
| 111 | Photo<br>9MM ROUNDS | | | | | |
| 112 | Photo<br>SHOE BOX | | | | | |
| 113 | Photo<br>MARIJUANA | | | | | |
| 114 | Photo<br>MARIJUANA | | | | | |
| 115 | Photo<br>MARIJUANA | | | | | |
| 116 | Photo<br>F150 TRUCK | | | | | |
| 117 | Photo<br>F150 TRUCK | | | | | |
| 118 | Photo<br>F150 TRUCK | | | | | |
| 119 | Photo<br>F150 TRUCK | | | | | |

| 120 | Photo F150 TRUCK | | | | | |
|---|---|---|---|---|---|---|
| 121 | Photo F150 TRUCK | | | | | |
| 122 | Photo F150 TRUCK | | | | | |
| 123 | Photo F150 TRUCK | | | | | |
| 124 | Photo F150 TRUCK | | | | | |
| 125 | Photo F150 TRUCK | | | | | |
| 126 | Photo F150 TRUCK | | | | | |
| 127 | Photo F150 TRUCK (SHELL CASING) | | | | | |
| 128 | Photo F150 TRUCK | | | | | |
| 129 | Photo F150 INTERIOR | | | | | |
| 130 | Photo F150 INTERIOR | | | | | |
| 131 | Photo HIGHWAY | | | | | |
| 132 | Photo HIGHWAY | | | | | |
| 133 | Photo HIGHWAY | | | | | |
| 134 | Photo HIGHWAY | | | | | |
| 135 | Photo HIGHWAY | | | | | |
| 136 | Photo SHELL CASING | | | | | |
| 137 | Photo SHELL CASING | | | | | |
| 138 | Photo SHELL CASING | | | | | |
| 139 | Photo HIGHWAY EVIDENCE | | | | | |
| 140 | Photo SHELL CASING | | | | | |

| 141 | Photo SHELL CASING | | | | | |
|---|---|---|---|---|---|---|
| 142 | Photo HIGHWAY EVIDENCE | | | | | |
| 143 | Photo HIGHWAY EVIDENCE | | | | | |

| 144 | Photo SHELL CASING | | | | | |
|---|---|---|---|---|---|---|
| 145 | Photo SHELL CASING | | | | | |
| 146 | Photo SHELL CASING | | | | | |
| 147 | Photo SHELL CASING | | | | | |
| 148 | Photo SHELL CASING | | | | | |
| 149 | Photo HIGHWAY EVIDENCE | | | | | |
| 150 | Photo SHELL CASING | | | | | |
| 151 | Photo LIVE ROUND | | | | | |
| 152 | Photo LIVE ROUND | | | | | |
| 153 | Photo LIVE ROUND | | | | | |
| 154 | Photo HIGHWAY TIRE MARKS | | | | | |
| 155 | Photo HIGHWAY TIRE MARKS | | | | | |
| 156 | Photo HIGHWAY TIRE MARKS | | | | | |
| 157 | Photo BULLET ENTRY | | | | | |
| 158 | Photo BULLET ENTRY | | | | | |
| 159 | Photo BULLET ENTRY | | | | | |
| 160 | Photo BULLET ENTRY | | | | | |
| 161 | Photo BULLET | | | | | |
| 162 | Photo JEEP | | | | | |

| 163 | Photo JEEP INTERIOR | | | | | |
|-----|---------------------|--|--|--|--|--|
| 164 | Photo JEEP INTERIOR | | | | | |
| 165 | Photo JEEP INTERIOR | | | | | |
| 166 | Photo JEEP | | | | | |
| 167 | Photo JEEP | | | | | |
| 168 | Photo JEEP | | | | | |
| 169 | Photo JEEP DOOR HANDLE | | | | | |
| 170 | Photo JEEP PASSENGER WINDOW | | | | | |
| 171 | Photo JEEP PASSENGER WINDOW | | | | | |
| 172 | Photo JEEP PASSENGER SIDE | | | | | |
| 173 | Photo JEEP FRONT END | | | | | |
| 174 | Photo JEEP FRONT END | | | | | |
| 175 | Photo JEEP FRONT END | | | | | |
| 176 | Photo JEEP FRON END | | | | | |
| 177 | Photo JEEP FRONT END | | | | | |
| 178 | Photo JEEP FRONT END | | | | | |
| 179 | Photo JEEP BACK SEAT | | | | | |
| 180 | Photo JEEP FRONT SEATS | | | | | |
| 181 | Photo JEEP CENTER CONSOLE | | | | | |
| 182 | Photo JEEP TRUNK | | | | | |
| 183 | Photo BULLET | | | | | |

| 184 | Photo BULLET | | | | | |
|-----|--------------|--|--|--|--|--|
| 185 | Photo JEEP TRUNK | | | | | |
| 186 | Photo JEEP TRUNK | | | | | |
| 187 | Photo JEEP TRUNK | | | | | |
| 188 | Photo JEEP TRUNK | | | | | |
| 189 | Photo BULLET | | | | | |
| 190 | Photo JEEP TRUNK | | | | | |
| 191 | Photo JEEP TRUNK | | | | | |
| 192 | Photo JEEP TRUNK | | | | | |
| 193 | Photo JEEP BACKSEAT | | | | | |
| 194 | Photo JEEP BACKSEAT | | | | | |
| 195 | Photo JEEP PASSENGER SEAT | | | | | |
| 196 | Photo AGENT ID | | | | | |
| 197 | Photo HIGHWAY | | | | | |
| 198 | Photo HIGHWAY EVIDENCE | | | | | |
| 199 | Photo HIGHWAY | | | | | |
| 200 | Photo HIGHWAY | | | | | |
| 201 | Photo HIGHWAY | | | | | |
| 202 | Photo SHELL CASING | | | | | |
| 203 | Photo BRUSH AREA | | | | | |
| 204 | Photo HIGHWAY | | | | | |
| 205 | Photo HIGHWAY | | | | | |

| 206 | Photo HIGHWAY | | | | | |
|-----|---------------|---|---|---|---|---|
| 207 | Photo HIGHWAY | | | | | |
| 208 | Photo HIGHWAY | | | | | |
| 209 | Photo HIGHWAY | | | | | |
| 210 | Photo HIGHWAY | | | | | |
| 211 | Photo HIGHWAY | | | | | |
| 212 | Photo HIGHWAY | | | | | |
| 213 | Photo HIGHWAY | | | | | |
| 214 | Photo HIGHWAY EVIDENCE | | | | | |
| 215 | Photo HIGHWAY BRUSH | | | | | |
| 216 | Photo JEEP | | | | | |
| 217 | Photo JEEP | | | | | |
| 218 | Photo JEEP | | | | | |
| 219 | Photo JEEP FRONT INTERIOR | | | | | |
| 220 | Photo JEEP DRIVER SEAT | | | | | |
| 221 | Photo JEEP DRIVER SEAT | | | | | |
| 222 | Photo JEEP DRIVER SEAT | | | | | |
| 223 | Photo JEEP FRONT INTERIOR | | | | | |
| 224 | Photo JEEP DRIVER DOOR | | | | | |
| 225 | Photo JEEP REAR DRIVER SIDE | | | | | |
| 226 | Photo BULLET ENTRY | | | | | |
| 227 | Photo JEEP REAR DRIVER SIDE | | | | | |

| 228 | Photo JEEP REAR DRIVER SIDE | | | | | |
|---|---|---|---|---|---|---|
| 229 | Photo JEEP REAR DRIVER SIDE | | | | | |
| 230 | Photo JEEP REAR END | | | | | |
| 231 | Photo JEEP REAR END | | | | | |
| 232 | Photo JEEP REAR END | | | | | |
| 233 | Photo JEEP REAR END | | | | | |
| 234 | Photo JEEP REAR END | | | | | |
| 235 | Photo JEEP PASSENGER SIDE | | | | | |
| 236 | Photo JEEP PASSENGER WINDOW | | | | | |
| 237 | Photo JEEP PASSENGER WINDOW | | | | | |
| 238 | Photo JEEP PASSENGER WINDOW | | | | | |
| 239 | Photo JEEP PASSENGER WINDOW | | | | | |
| 240 | Photo JEEP PASSENGER WINDOW | | | | | |
| 241 | Photo JEEP PASSENGER WINDOW | | | | | |
| 242 | Photo JEEP PASSENGER WINDOW | | | | | |
| 243 | Photo JEEP PASSENGER WINDOW | | | | | |
| 244 | Photo JEEP PASSENGER WINDOW | | | | | |

| 245 | Photo<br>JEEP PASSENGER<br>WINDOW | | | | | |
|-----|-----------------------------------|---|---|---|---|---|
| 246 | Photo<br>JEEP PASSENGER SIDE | | | | | |
| 247 | Photo<br>JEEP FRONT PASSENGER<br>SIDE | | | | | |
| 248 | Photo<br>JEEP PASSENGER<br>WINDOW | | | | | |
| 249 | Photo<br>JEEP REAR END | | | | | |
| 250 | Photo<br>JEEP REAR END | | | | | |
| 251 | Photo<br>JEEP REAR END | | | | | |
| 252 | Photo<br>JEEP REAR END | | | | | |
| 253 | Photo<br>JEEP REAR END | | | | | |
| 254 | Photo<br>JEEP REAR DRIVER SIDE | | | | | |
| 255 | Photo<br>JEEP DRIVER SEAT | | | | | |
| 256 | Photo<br>JEEP FRONT INTERIOR | | | | | |
| 257 | Photo<br>JEEP DRIVER DOOR | | | | | |
| 258 | Photo<br>JEEP BACKSEAT | | | | | |
| 259 | Photo<br>JEEP REAR DRIVER SIDE<br>WINDOW | | | | | |
| 260 | Photo<br>JEEP DRIVER SEAT | | | | | |
| 261 | Photo<br>JEEP DRIVER SEAT | | | | | |
| 262 | Photo<br>JEEP INTERIOR<br>PASSENGER WINDOW | | | | | |
| 263 | Photo<br>JEEP DRIVER SEAT<br>BUCKLE | | | | | |

| 264 | Photo<br>JEEP DASH | | | | | |
|---|---|---|---|---|---|---|
| 265 | Photo<br>JEEP FRONT DRIVER SIDE | | | | | |
| 266 | Photo<br>JEEP FRONT END | | | | | |
| 267 | Photo<br>JEEP FRONT END | | | | | |
| 268 | Photo<br>JEEP HOOD | | | | | |
| 269 | Photo<br>JEEP FRONT BUMPER | | | | | |
| 270 | Photo<br>JEEP WINDSHIELD | | | | | |
| 271 | Photo<br>JEEP EXTERIOR ROOF | | | | | |
| 272 | Photo<br>JEEP FRONT END | | | | | |
| 273 | Photo<br>JEEP INTERIOR TRUNK | | | | | |
| 274 | Photo<br>JEEP INTERIOR BULLET EXIT | | | | | |
| 275 | Photo<br>JEEP INTERIOR BULLET ENTRY | | | | | |
| 276 | Photo<br>JEEP INTERIOR BULLET ENTRY | | | | | |
| 277 | Photo<br>JEEP INTERIOR BULLET ENTRY | | | | | |
| 278 | Photo<br>JEEP DRIVER HEAD REST | | | | | |
| 279 | Photo<br>JEEP DRIVER HEAD REST | | | | | |
| 280 | Photo<br>JEP INTERIOR BULLET EXIT | | | | | |
| 281 | Photo<br>JEEP INTERIOR BULLET EXIT | | | | | |
| 282 | Photo<br>RED DUFFLE BAG | | | | | |

| 283 | Photo JEEP BULLET ENTRY | | | | | |
|---|---|---|---|---|---|---|
| 284 | Photo JEEP REAR END | | | | | |
| 285 | Photo JEEP BULLET ENTRY | | | | | |
| 286 | Photo JEEP REAR END | | | | | |
| 287 | Photo JEEP REAR BUMPER | | | | | |
| 288 | Photo JEEP BULLET ENTRY | | | | | |
| 289 | Photo JEEP BULLET ENTRY | | | | | |
| 290 | Photo JEEP REAR END | | | | | |
| 291 | Photo JEEP UNDER CARRIAGE | | | | | |
| 292 | Photo JEEP UNDER CARRIAGE | | | | | |
| 293 | Photo JEEP EXTERIOR ROOF | | | | | |
| 294 | Photo JEEP PASSENGER SIDE | | | | | |
| 295 | Photo JEEP PASSENGER SIDE WINDOW | | | | | |
| 296 | Photo JEEP INTERIOR BULLET GLAZE | | | | | |
| 297 | Photo JEEP UNDER CARRIAGE | | | | | |
| 298 | Photo JEEP UNDER CARRIAGE | | | | | |
| 299 | Photo JEEP REAR END | | | | | |
| 300 | Photo JEEP REAR END | | | | | |
| 301 | Photo JEEP REAR END | | | | | |
| 302 | Photo JEEP REAR END | | | | | |
| 303 | Photo JEEP BULLET ENTRY | | | | | |

| 304 | Photo<br>JEEP BULLET ENTRY | | | | | |
|-----|-----|---|---|---|---|---|
| 305 | Photo<br>JEEP BULLET ENTRY | | | | | |
| 306 | Photo<br>JEEP BULLET ENTRY | | | | | |
| 307 | Photo<br>JEEP REAR BUMPER | | | | | |
| 308 | Photo<br>JEEP BULLET ENTRY | | | | | |
| 309 | Photo<br>JEEP BULLET ENTRY | | | | | |
| 310 | Photo<br>JEEP BULLET ENTRY | | | | | |
| 311 | Photo<br>JEEP BULLET ENTRY | | | | | |
| 312 | Photo<br>JEEP EXTERIOR ROOF | | | | | |
| 313 | Photo<br>JEEP EXTERIOR ROOF | | | | | |
| 314 | Photo<br>JEEP EXTERIOR ROOF | | | | | |
| 315 | Photo<br>JEEP EXTERIOR ROOF | | | | | |
| 316 | Photo<br>JEEP EXTERIOR ROOF | | | | | |
| 317 | Photo<br>JEEP EXTERIOR ROOF | | | | | |
| 318 | Photo<br>JEEP REAR DRIVER SIDE | | | | | |
| 319 | Photo<br>JEEP BULLET ENTRY | | | | | |
| 320 | Photo<br>JEEP DRIVER SEAT | | | | | |
| 321 | Photo<br>JEEP DRIVER SEAT | | | | | |
| 322 | Photo<br>JEEP DRIVER SEAT | | | | | |
| 323 | Photo<br>JEEP DRIVER SEAT | | | | | |
| 324 | Photo<br>JEEP DRIVER SEAT | | | | | |
| 325 | Photo<br>JEEP DRIVER HEAD REST | | | | | |

| 326 | Photo<br>JEEP DRIVER HEAD REST | | | | |
|---|---|---|---|---|---|
| 327 | Photo<br>JEEP DRIVER HEAD REST | | | | |
| 328 | Photo<br>JEEP DRIVER HEAD REST | | | | |
| 329 | Photo<br>JEEP INTERIOR BULLET ENTRY | | | | |
| 330 | Photo<br>JEP INTERIOR BULLET ENTRY | | | | |
| 331 | Photo<br>JEEP INTERIOR BULLET ENTRY | | | | |
| 332 | Photo<br>JEEP INTERIOR BULLET EXIT | | | | |
| 333 | Photo<br>JEP INTERIOR BULLET EXIT | | | | |
| 334 | Photo<br>JEEP REAR END | | | | |
| 335 | Photo<br>JEEP REAR END | | | | |
| 336 | Photo<br>BULLET FRAGMENT | | | | |
| 337 | Photo<br>JEEP INTERIOR TRUNK | | | | |
| 338 | Photo<br>JEEP INTERIOR TRUNK | | | | |
| 339 | Photo<br>JEP INTERIOR TRUNK | | | | |
| 340 | Photo<br>JEEP EXTERIOR TRUNK | | | | |
| 341 | Photo<br>BULLET FRAGMENT | | | | |
| 342 | Photo<br>BULLET FRAGMENT | | | | |
| 343 | Photo<br>BULLET FRAGMENT | | | | |
| 344 | Photo<br>JEEP REAR PASSENGER SIDE | | | | |

| 345 | Photo JEEP INTERIOR TRUNK | | | | | |
|---|---|---|---|---|---|---|
| 346 | Photo JEEP BACKSEAT | | | | | |
| 347 | Photo JEEP DRIVER HEAD REST | | | | | |
| 348 | Photo JEEP DRIVER HEAD REST | | | | | |
| 349 | Photo JEEP DRIVER SEAT | | | | | |
| 350 | Photo JEEP DRIVER SEAT | | | | | |
| 351 | Photo BULLET FRAGMENT | | | | | |
| 352 | Photo JEEP REAR DRIVER SIDE | | | | | |
| 353 | Photo JEEP BULLET ENTRY | | | | | |
| 354 | Photo JEEP REAR BULLET ENTRY | | | | | |
| 355 | Photo JEEP REAR BULLET ENTRY | | | | | |
| 356 | Photo JEEP REAR BUMPER | | | | | |
| 357 | Photo JEEP REAR END | | | | | |
| 358 | Photo JEEP REAR END | | | | | |
| 359 | Photo JEEP EXTERIOR ROOF | | | | | |
| 360 | Photo JEEP EXTERIOR ROOF | | | | | |
| 361 | Photo JEEP INTERIOR BULLET GLAZE | | | | | |
| 362 | Photo BULLET FRAGMENT | | | | | |
| 363 | Photo JEEP BULLET ENTRY | | | | | |
| 364 | Photo JEEP  BULLET ENTRY | | | | | |

| 365 | Photo<br>JEEP BULLET ENTRY | | | | | |
|---|---|---|---|---|---|---|
| 366 | Photo<br>JEEP BULLET ENTRY | | | | | |
| 367 | Photo<br>JEEP BULLET ENTRY | | | | | |
| 368 | Photo<br>BULLET FRAGMENT | | | | | |
| 369 | Photo<br>JEEP REAR END | | | | | |
| 370 | Photo<br>JEEP REAR BUMPER | | | | | |
| 371 | Photo<br>BULLET GLAZE | | | | | |
| 372 | Photo<br>BULLET GLAZE | | | | | |
| 373 | Photo<br>BULLET GLAZE | | | | | |
| 374 | Photo<br>JEEP REAR END | | | | | |
| 375 | Photo<br>BULLET FRAGMENT | | | | | |
| 376 | Photo<br>BULLET FRAGMENT | | | | | |
| 377 | Photo<br>BULLET FRAGMENT | | | | | |
| 378 | Photo<br>BULLET FRAGMENT | | | | | |
| 379 | Photo<br>JEEP FRONT END | | | | | |
| 380 | Photo<br>JEEP DRIVER SIDE | | | | | |
| 381 | Photo<br>JEEP REAR DRIVER SIDE | | | | | |
| 382 | Photo<br>JEEP INTERIOR DRIVER SIDE | | | | | |
| 383 | Photo<br>JEEP REAR DRIVER SIDE INTERIOR | | | | | |
| 384 | Photo<br>JEEP BACKSEAT | | | | | |
| 385 | Photo<br>JEEP EXTERIOR TRUNK | | | | | |

| 386 | Photo<br>JEEP EXTERIOR TRUNK | | | | | |
|-----|------------------------------|--|--|--|--|--|
| 387 | Photo<br>JEEP EXTERIOR TRUNK | | | | | |
| 388 | Photo<br>JEEP BACKSEAT | | | | | |
| 389 | Photo<br>JEEP DRIVER SEAT | | | | | |
| 390 | Photo<br>JEEP EXTERIOR TRUNK | | | | | |
| 391 | Photo<br>JEEP INTERIOR BULLET<br>ENTRY | | | | | |
| 392 | Photo<br>BULLET FRAGMENT | | | | | |
| 393 | Photo<br>BULLET FRAGMENT | | | | | |
| 394 | Photo<br>BULLET FRAGMENT | | | | | |
| 395 | Photo<br>JEEP REAR BUMPER | | | | | |
| 396 | Photo<br>JEEP REAR BUMPER | | | | | |
| 397 | Photo<br>JEEP DRIVER SIDE | | | | | |
| 398 | Photo<br>JEEP REAR END | | | | | |
| 399 | Photo<br>JEEP REAR PASSENGER<br>SIDE | | | | | |
| 400 | Photo<br>JEEP PASSENGER SIDE | | | | | |
| 401 | Photo<br>JEEP FRONT PASSENGER<br>SIDE | | | | | |
| 402 | Photo<br>JEEP FRONT END | | | | | |
| 403 | Photo<br>JEEP DRIVER SIDE | | | | | |
| 404 | Photo<br>JEEP REAR END | | | | | |
| 405 | Photo<br>JEEP FRONT PASSENGER<br>SIDE | | | | | |

| 406 | Photo<br>SEMI TRUCK | | | | | |
|-----|---------------------|---|---|---|---|---|
| 407 | Photo<br>SEMI TRUCK TRAILER | | | | | |
| 408 | Photo<br>SEMI TRUCK INFO | | | | | |
| 409 | Photo<br>SEMI TRUCK TRAILER | | | | | |
| 410 | Photo<br>SEMI TRUCK TRAILER | | | | | |
| 411 | Photo<br>STREET VIEW | | | | | |
| 412 | Photo<br>MAP VIEW | | | | | |
| 413 | Photo<br>SEMI TRUCK EVIDENCE | | | | | |
| 414 | Photo<br>MAP VIEW | | | | | |
| 415 | Photo<br>MAP VIEW | | | | | |
| 416 | Photo<br>OPENING REMARKS | | | | | |
| 417 | Photo<br>MAP VIEW | | | | | |
| 418 | Photo<br>MAP VIEW | | | | | |
| 419 | Photo<br>EVIDENCE | | | | | |
| 420 | Photo<br>F150 EVIDENCE | | | | | |
| 421 | Photo<br>F150 EVIDENCE | | | | | |
| 422 | Photo<br>JEEP EVIDENCE | | | | | |
| 423 | Photo<br>DEF.'S VEHICLE<br>EVIDENCE | | | | | |
| 424 | Photo<br>JEEP EVIDENCE | | | | | |
| 425 | Photo<br>EVIDENCE | | | | | |
| 426 | Photo<br>JEEP EVIDENCE | | | | | |

| 427 | Photo EVIDENCE | | | | | |
|---|---|---|---|---|---|---|
| 428 | Photo EVIDENCE | | | | | |
| 429 | Photo MAP VIEW | | | | | |
| 430 | Photo MAP VIEW | | | | | |
| 431 | Photo MAP VIEW | | | | | |
| 432 | Photo MAP VIEW | | | | | |
| 433 | Photo MAP VIEW | | | | | |
| 434 | Photo MAP VIEW | | | | | |
| 435 | Photo MAP VIEW | | | | | |
| 436 | Photo MAP VIEW | | | | | |
| 437 | Photo MAP VIEW | | | | | |
| 438 | Photo MAP VIEW | | | | | |
| 439 | Photo MAP VIEW | | | | | |
| 440 | Photo MAP VIEW | | | | | |
| 441 | Photo MAP VIEW | | | | | |
| 442 | Photo MAP VIEW | | | | | |
| 443 | Photo MAP VIEW | | | | | |
| 444 | Photo MAP VIEW | | | | | |
| 445 | Photo MAP VIEW | | | | | |
| 446 | Photo MAP VIEW | | | | | |
| 447 | Photo MAP VIEW | | | | | |
| 448 | Photo MAP VIEW | | | | | |

| 449 | Photo<br>MAP VIEW | | | | | |
|-----|-------------------|--|--|--|--|--|
| 450 | Photo<br>EVIDENCE | | | | | |
| 451 | Photo<br>SHEET ROCK | | | | | |
| 452 | Photo<br>TIRE MARKS | | | | | |
| 453 | Photo<br>TIRE MARKS | | | | | |
| 454 | Photo<br>ROAD GRAVEL | | | | | |
| 455 | Photo<br>TIRE MARKS | | | | | |
| 456 | Photo<br>TIRE MARKS | | | | | |
| 457 | Photo<br>TIREMARKS | | | | | |
| 458 | Photo<br>HOUSE | | | | | |
| 459 | Photo<br>TIRE MARKS | | | | | |
| 460 | Photo<br>HOUSE | | | | | |
| 461 | Photo<br>TIRE MARKS | | | | | |
| 462 | Photo<br>HOUSE | | | | | |
| 463 | Photo<br>STREET | | | | | |
| 464 | Photo<br>HOUSE | | | | | |
| 465 | Photo<br>HOUSE INTERIOR | | | | | |
| 466 | Photo<br>HOUSE INTERIOR | | | | | |
| 467 | Photo<br>HOUSE INTERIOR | | | | | |
| 468 | Photo<br>HOUSE INTERIOR | | | | | |
| 469 | Photo<br>STREET | | | | | |
| 470 | Photo<br>STREET | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **471** | **Photo**<br>**STREET** | | | | |
| **472** | **Photo**<br>**STREET** | | | | |
| **473** | **Photo**<br>**STREET** | | | | |
| **474** | **Photo**<br>**TIRE MARKS** | | | | |
| **475** | **Photo**<br>**TIRE MARKS** | | | | |
| **476** | **Photo**<br>**TIRE MARKS** | | | | |
| **477** | **Photo**<br>**TIRE MARKS** | | | | |
| **478** | **Photo**<br>**TIRE MARKS** | | | | |
| **479** | **Photo**<br>**TIRE MARKS** | | | | |
| **480** | **Photo**<br>**TIRE MARKS** | | | | |
| **481** | **Photo**<br>**TIRE  MARKS** | | | | |
| **482** | **Photo**<br>**TIRE MARKS** | | | | |
| **483** | **Photo**<br>**TIRE MARKS** | | | | |
| **484** | **Photo**<br>**TIRE MARKS** | | | | |
| **485** | **Photo**<br>**HOUSE** | | | | |
| **486** | **Photo**<br>**STREET** | | | | |
| **487** | **Photo**<br>**TIRE MARKS** | | | | |
| **488** | **Photo**<br>**TIRE MARKS** | | | | |
| **489** | **Photo**<br>**TIRE MARKS** | | | | |
| **490** | **Photo**<br>**TIRE MARKS** | | | | |
| **491** | **Photo**<br>**TIRE MARKS** | | | | |
| **492** | **Photo**<br>**TIRE MARKS** | | | | |

| 493 | Photo TIRE MARKS | | | | | |
|-----|------------------|---|---|---|---|---|
| 494 | Photo TIRE MARKS | | | | | |
| 495 | Photo TIRE MARKS | | | | | |
| 496 | Photo TIRE MARKS | | | | | |
| 497 | Photo TIRE MARKS | | | | | |
| 498 | Photo TIRE MARKS | | | | | |
| 499 | Photo TIRE MARKS | | | | | |
| 500 | Photo STREET | | | | | |
| 501 | Photo STREET | | | | | |
| 502 | Photo STREET | | | | | |
| 503 | Photo STREET | | | | | |
| 504 | Photo STREET | | | | | |
| 505 | Photo STREET | | | | | |
| 506 | Photo STRET | | | | | |
| 507 | Photo STREET | | | | | |
| 508 | Photo STREET | | | | | |
| 509 | Photo SHELL CASING | | | | | |
| 510 | Photo STREET | | | | | |
| 511 | Photo SHELL CASING | | | | | |
| 512 | Photo STREET | | | | | |
| 513 | Photo SHELL CASING | | | | | |
| 514 | Photo STREET | | | | | |

| 515 | Photo SHELL CASING | | | | | |
|---|---|---|---|---|---|---|
| 516 | Photo SHELL CASINGS | | | | | |
| 517 | Photo SHELL CASING | | | | | |
| 518 | Photo SHELL CASING | | | | | |
| 519 | Photo SHELL CASING | | | | | |
| 520 | Photo SHELL CASING | | | | | |
| 521 | Photo SHELL CASING | | | | | |
| 522 | Photo SHELL CASING | | | | | |
| 523 | Photo SHELL CASING | | | | | |
| 524 | Photo SHELL CASING | | | | | |
| 525 | Photo SHELL CASING | | | | | |
| 526 | Photo SHELL CASING | | | | | |
| 527 | Photo SHELL CASING | | | | | |
| 528 | Photo SHELL CASING | | | | | |