**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | 7:12-cr-1136-2 |
| | § | |
| ARNOLDO ALVARADO | § | |

_____

**MOTION TO ALLOW COUNSEL FOR THE DEFENDANT**
**TO BRING A LAPTOP COMPUTER INTO THE BUILDING**
_____

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant's counsel respectfully requests the Court grant him leave to bring his laptop computer into the federal building (and into the Courtroom) for the balance of the trial in this case. Further, counsel for the Defendant requests permission from the Court to carry his personal cell phone into the building. Counsel is a sole practitioner and seeks the ability to communicate with his staff and office in support of this cause.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully prays that this Honorable Court will grant in all things within Defendant's Motion to Allow Counsel For The Defendant to Bring a Laptop Computer into the Building, and that this motion will be in all things GRANTED.

Respectfully Submitted,

By:___*/s/ Carlos A. García*_____
   Carlos A. García
   State Bar No. 24048934
   Southern District of Texas Bar No.: 589236
   1305 East Griffin Parkway
   Mission, Texas 78572

_____

Tel. (956) 584-1448
Fax: (956) 584-7402

CERTIFCATE OF SERVICE

I, Carlos A. García, hereby certify that on March 15, 2014 a true and correct copy of the above and foregoing Motion was forwarded to Assistant United States Attorney in charge of this case, via electronic mail.

/s/Carlos A. García_____
Carlos A. García

CERTIFICATE OF CONFERENCE

I, Carlos A. Garcia, hereby certify that on March 15, 2014, I did not confer with the US Attorney in charge of this case as the US Attorney's Office was closed.

/s/ Carlos A. García _____
Carlos A. García