UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. M-12-1136-S3 |
| | § | |
| PEDRO ALVARADO | § | |
| ARNOLDO ALVARADO | § | |

## GOVERNMENT'S NOTICE OF ITS INTENT
## NOT RE-TRY DEFENDANTS ON COUNT ONE

COMES NOW the United States of America (hereinafter referred to as the "Government"), by and through Kenneth Magidson, United States Attorney, and Anibal J. Alaniz, Assistant United States Attorney, and files this notice of its intent not to re-try defendants on Count One.

I.

On March 21, 2014, the jury returned a guilty verdict against Pedro Alvarado and Arnoldo Alvarado as to Count Two (assault on a federal officer) and Three (using and carrying a firearm during and in relation to a crime of violence) but was unable to return a unanimous verdict on Count One (attempted murder of a federal officer).

II.

The Court declared a mistrial as to Count One.

III.

The Government hereby gives notice to the Court and the defendants that it intends not to re-try the defendants on Count One of the indictment.

Respectfully submitted,

KENNETH MAGIDSON
United States Attorney

/s/ *Anibal J. Alaniz*
Anibal J. Alaniz
Assistant United States Attorney
Texas Bar No. 00966600
Federal I.D. No. 12590
1701 W. Business Highway 83
Suite 600
McAllen, Texas 78501

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Government's Notice of its Intent to Not Re-try Defendants on Count One was on this 24th day of March, 2014 filed by ECF and sent to all counsel of record:

/s/ *Anibal J. Alaniz*
Anibal J. Alaniz
Assistant United States Attorney