UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs | § | CRIMINAL NO. 7:12-CR-1136-S3-1 & 2 |
| | § | |
| PEDRO ALVARADO | § | |
| ARNOLDO ALVARADO | § | |

**<u>ORDER</u>**

The jury in the above captioned case, having retired to deliberate at 12:10 P.M., on

March 20, 2014, the United States Marshal is ORDERED to provide the jury panel, consisting

of twelve (12) members with their meal on the 21st day of March, 2014.

A copy of this Order will be directed by the Clerk to the Financial Section.

SO ORDERED this 24th day of March, 2014, at McAllen, Texas.


Randy Crane
United States District Judge